IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:05-CR-199-SDJ-KPJ |
| | § |
| WILLIAM KINES | § |
| | § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 8, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Colleen Bloss.

On October 11, 2006, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one-hundred eighty-eight (188) months imprisonment followed by a five (5) year term of supervised release. Defendant's supervision commenced on July 2, 2018.

On March 24, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 304). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall refrain from any unlawful use of a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (4) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of U.S. Probation office,

1

until such time as the defendant is released from the program by the probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on February 18, 2020, Defendant was arrested in Kaufman County, Texas for the offense of Assault Causing Bodily Injury – Family Violence; (2) on August 30, 2019, Defendant submitted a drug test which tested positive for methamphetamine; Defendant also submitted positive tests for methamphetamine on October 7, 11, and 17, 2019; Defendant admitted to using methamphetamine on October 25, and November 9, 2019; records confirm Defendant tested positive for methamphetamine on November 18, 2019, in addition to admitting to weekly usage of methamphetamine for the month of September 2019; and (3) notification of noncompliance confirmed Defendant failed to attend substance abuse counseling on January 28 and February 18, 2020. Additionally, Defendant failed to submit to a random drug test as scheduled on February 7, 2020.

At the hearing, Defendant entered a plea of true to allegations 2 and 3. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 8, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months with twelve (12) months supervised release to follow with the same previously imposed conditions. The Court recommends that, after release, Defendant be placed in an inpatient facility for six (6) months. The

Court recommends that Defendant be placed in the Bureau of Prisons facility in Texarkana, if appropriate.

**So ORDERED and SIGNED this 10th day of July, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE